pg.s 1/3

RECEIVED

SEP - 8 2016

CLERK, US. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE W.D. OF TEXAS  / EL PASO DIVISION

JUDGE PHILIP MARTINEZ

----------------------------------------------------

| | |
|---|---|
| IN Re: JONATHAN JONES, PETITIONER, | § **NOTICE:** ACTION INVOLVES FRCivP. (5.1) Constitutional Challenge to several federal statutes |
| v. | § **Related Filings:** |
| WARDEN J.L. WILLIS (et.al.)Respondent. | § 28 USCS § 1346 FTCA Suit Cause No._____ |
| | § ID Bivens Action Cause No._____ |
| | FRCiv.P (5.1)/28 USCS § 2403 |
| | § FRCivP. (4)  SUMMOMS |

----------------------------------------------------

EP16CV0406

PETITION FOR WRIT OF HABEAS CORPUS UNDER

28 USCS §§ 2241 et. seq.

"CONDITIONS OF CONFINEMENT" -- SEXUAL ABUSE

---

PERSONAL INFORMATION

1.   JONATHAN JONES("Prisoner/Petitioner"), is not known by any other names, he is currently housed at FCI/ FSL La Tuna P.O. Box 6000/Anthony, New Mexico/TX. zip code 88021, (fed. reg. no.- 21477-051)

2.   Petitioner is a prisoner under FEDERAL Jurisdiction

3.   District of New Mexico/Case No. 2:10-CR-00101-RB

4.   This petition challenges the "Conditions of Confinement" WARDEN J.L. WILLIS is aware of the PREA-Type SEXUALLY Abusive Orders and Incident, his purposeful indifference, and refusal to address same, is the basis of this suit/28 USCS § 2403 Request for Intervention by the USA Atty. Gen.(Mdme L. Lynch)

5.   see [August 29th, 2016 Affidavit] & exhibits

6.   These incidents occurred on, or about March of 2016

7.   Inmate Jones attempted informal resolution with Captain Lee, Jones reported incident to Cpt. Lee however, the allegations were neither taken seriously, nor investigated, perhaps not even documented

[March 22, 2016]

8. Inmate Jones filed (3) separate BP-9's; outlining
   the many aspects of the morally intrusive, sexual-
   ly abusive, and highly invasive **self-body cavity**
   search; LT. Uribe requested--[ this request was
   proffered, as if a **BARGAIN-Exchange, etc., quid
   pro quo- Lt. Uribe ABUSED his authority, made an
   offer which was beyond his purview, and violated**
   not only this prisoner's constitutional Rights;
   but also, certainly -SEVERAL STATE AND FEDERAL
   CRIMINAL- SEXUAL ABUSE **LAWS and Statutes**

9. In or About, May of 2016, no response from the
   (3) BP-9's, INMATE Jones attempted to make copies
   of a sensitive BP_10, educ.tech, Simpson-REFUSED;
   Jones sent the ORIGINAL & only copy of same, to
   South Central Regional Offices 344 Marine Forces
   Dr., Grand Prarie, Texas 75051(*address posted)
   pre-paid postage for first class/certified-regi-
   stered mail-- the reg. mail coupon was not returned
   the green card, was not returned, and usps;com
   cannot find( where this mailing ) was even received
   at the EL Paso , Post Office; therefore, the "LOST"
   Sensitive- BP-10, and no response from WARDEN Willis
   for over (6) months, amounts to Adminstrative Rem-
   edies being [  **UNAVAILABLE / EXHAUSTED** ]

10. 28 USCS § 2255 N/A

11. Immigration Appeals  N/A

12. There are several  Related Filings/Appeals, :
    28 USCS § 1346 FTCA Suit- cause no. _____
    id BIVENS Action --       cause no. _____
    Fed. R. Civ. P (5.1)/ 28 USCS § 2403
    Constitutional Challenge to several Federal Stat.s
    Complaint to O.I.G. ( PREA -28 CFR §§ 115)

13. **GROUNDS FOR THIS CHALLENGE**

    A] Lt. URIBE offered Prisoner-Jones, in exchange
       for allowing CO Hernadez and Himself(Lt. URIBE)
       to supervise-the removal of fecal samples by
       this prisoner, from his anus, by means of self
       fingering-repeatedly--- RELEASE From SHU/close
       observation/disciplinary segregation, etc. c
       could be obtained[ONLY the WARDEN can author-
       ize release from SHU]

    B] CO Corral and CO mendoza were witnesses to this
       Agreement/Quid Pro Quo-Offer; CO hernandez
       watched with LT. URIBE while JONES completed
       such **HOMOSEXUALLY DEVIANT and Morally Repugnant
       Orders;** Cpt. Lee ignored and arbitrarily cov-
       ered up-**THE REPORTING OF THESE SEXUAL ABUSE
       CLAIMS 28 CFR §§ 115  ZERO TOLERANCE/PREA**

**14.**    28 CFR §§ 540.10-12 ; 28 CFR §§ 542.10-19;

18 USCS §§ 1501½-19 and 18 USCS §§ 2241 et.seq.

are thereby, FRCiv.P. 5.1 "Constitutionally Chal-

lenged",  28 USCS § 2403 Certification, thereto

the USA Atty. Gen, should initiate Investigation,

Intervention, and Intercession. thereagainst

15.    **RELIEF REQUESTED**

A]    Immediate Transfer to a different institution
within (500 mi.s) of Inmate Jones release res-
idence. [i.e. un-escorted furlough transfer
to FPC Safford, FPC Tucson, or FPC Big Springs)

B]    TRO-Temporary Restraining Orders for LT. Uribe,
CO Corral, CO Hernandez, and CO Mendoza-
These Officers, WARDEN J.L. WILLIS, nor CPT
LEE , should be allowed within the FSL Com-
pound, nor within any close proximity to
INMATE Jones, pending resolution, HERETOFORE

C] 28 CFR §§ 115/ PREA -**ZERO TOLERANCE Enforcement**
Any Administrator or Institution Staff, who
did not fully comply, therewith-- or who vio-
lated the PREA/SEXUAL Misconduct Prohibitions
**[shall] be terminated , FORTHWITH**

Signed, Sealed, Sworn to, and
Witnessed by me, this ___th day
of August, 2016, Year of Our,
[ LORD , ]
x _____
(notary public/Seal)

JAVIER LUNA
Notary Public State of Texas
My Commission # 128894259
My Comm. Exp. February 15, 2020

Respectfully Submitted,

x _____
(Jonathan Jones/21477-051)

Jonathan Bo Jones

28 USCS § 1746 Affidavit, In Support , thereof:

[§ 2241 Habeas Pet., § 1346 FTCA-Suit, and id BIVENS Action]

THE FOREGOING SALIENT FACTS, are permitted and req-
uired, in Order to support, evidence, and establish, moreover
prove, these sworn declarations, as made hereunder, by AFFIANT,
also witnessed, and attested, thereunto in the presence of the
undersigned, notary public.& Sealed, thereby.  THEREFORE, as-a-
Matter-of-LAW, such assertions, [SHALL], with like force--
Become in effect established, evidenced, and proven by (same).

I, Jonathan B. Jones("Affiant"), as subscribed by me,
present these true and correct facts, in substantially the same
form, on this 29th, day, of August, 2016   :

a]  AFFIANT, attented regularly scheduled visitation,
on March 14th, 2016; whereupon leaving, and having
been searched already, was accosted by LT. Uribe,
CO Corral and CO Mendoza. These federal officers
made false claims, while attempting to intimidate
affiant, that they had witnessed him receive and
consume contraband of some sort.

.b]  Affiant was hand-cuffed, and remanded to discipli-
nary segregation/"close observation"-dry cell, he
was rudely ordered to produce urine and fecal samples
[within the first 24 hours (2) stool, and (1) urine
were all tested and found to be without a trace of
any chemicals, contraband, or foreign substance,
whatsoever.

c] On March 15th, 2016, at or about 1p.m., affiant was ap-
proached, while still under "close observation", by Lt.
Uribe, he was asked to produce more samples. Affiant was
dehydrated, could hardly intake any food-due to stress, and
uncertainty of this predicament, finally affiant requested
a laxative(i.e. as per FBOP Policy 5521.06 (c)(3)  ). Lt.
URIBE, responded, in an unacceptably inappropriate manner,
[THAT Inmate Jones could use his finger/hand to obtain sample]

d] Lt. Uribe further offered, a quid pro quo/exchange, etc.

[IF INMATE JONES WOULD ALLOW CO HERNANDEZ, AND HE TO SUPER-
VISE, WHILE HE REPEATEDLY FINGERED HIS ANUS TO REMOVE SAMPLES
 He, LT. Uribe would release Jones, back to regular housing,
from "close observation"/ S.H.U.

CO 's Corral and Mendoza are aware of such proffer,
Captain Lee was also notified of same, and WARDEN J.L.
Willis has ignored, and failed to properly document,
or report same, in accordance, therewith 28 CFR § 115
PREA- ZERO Tolerance Diretives

e] Some samples were obtained, to the dissatisfaction of Lt.
Uribe, on March 17th, midmorning, or so, a second sample
was provided, also negative. JONES was finally released-
back-to inmate general housing[ NO Infraction Reported]

f] Affiant, informed CO hernadez, he was severly traumatized,
that he wished to KILL HIMSELF, the degradation, and sex-
ual abuse was the cause, thereof  March 17th,2016

g] On March 18th, 2016, affiant attempted to informally re-
solve(FBOP 1330.18) this situation, with Captain LEE,
[PREA/Institution Compliance Coordinator] Cpt. Lee in-
sulted Inmate Jones, and disregarded affiants claims of
Sexual Abuse, without reporting, nor documenting, same

h] CO Hernandez, confirmed that the morally intrusive, sex-
ually abusive, and criminally violative-Offer, Order, and
self-Body Cavity search, witnessed by him, was logged.

RECEIVED

SEP - 8 2016

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

JUDGE PHILIP MARTINEZ

IN THE W.D. OF TEXAS/ EL PASO DIVISION

------------------------------------

IN re, JONATHAN JONES,
Plaintiff-Petitioner,

v.

The UNITED STATES,(et.al.),
FBOP-FCI/FSL La Tuna :
WARDEN J.L. Willis, Lt.Uribe,
CO Hernandez, Co Corral,
CO Mendoza, Captain Lee,
Dr. Nabors-Psychology-
PREA Compliance Coor.(J. Doe)
& Admin. Remedy Coor.(J. DOE).

§  **NOTICE :** Action involves Fed. R.
§   Civ. Proc. (5.1.) /
§   Constitutional Challenge
§   to several Federal Stat.s
§   28 USCS § 2403
§   Related Filings :
§   28 USCS §§ 2241 et.seq. Petition
§   28 USCS §  1346 FTCA Suit
§   28 USCS §  1915 IFP/Mot. for Counsel
§
§   Fed. R. Civ. P. (5.1.) MOTION
§
§  **EP16CV0406**

------------------------------------

28 USCS § 1331 Federal questions presented;

id BIVENS, Action v. Six UNKNOWN AGENTS /FBN

413 U.S. 388; 29 L. ed. 2d 412 (1971)

NOTICE: Obstruction of Fed. Agency proceedings

18 USCS §§ 1501--1519

SEXUAL ABUSE OF THIS Prisoner/Plaintiff by Federal Officers

18 USCS §§ 2241 et. seq.

------------------------------------------------

STATEMENT OF JURISDICTION

The  SUBJECT-MATTER-JURISDICTION OF THIS COURT IS,

HEREBY, INVOKED PURSUANT TO 18 USCS § 1331. This Action involves,

Fed. R. Civ. p. (5.1) Constitutional Challenges to several Federal

Statutes, and 28 USCS § 2403 Certification, thereto and Inter-

vention, therefrom the Highest Law Enforcement Office(r) in the

land is required. 28 USCS § 2403.These Federal Statutes are in

Constitutional Question :

        28 CFR §§ 540.10-12 Correspondence
        28 CFR §§ 542.10-19 Admin. Remedy Program
        28 CFR §§ 135       PREA / Zero tolerance directives

        18 USCS §§ 1501--1519 Obstruction of Justice/Process
        18 USCS §§ 2241  et. seq.  SEXUAL ABUSE

## RELIEF SOUGHT

1. Forthwith, removal of Plaintiff, from defendant's Institutions (FCI, FSL, or FPC La Tuna), by un-escorted furlough transfer to any Fed. Prison Camp within 500 mi.s of Plaintiffs release residence. (e.g. FPC Safford, FPC Tucson, or FPC Big Springs)

2. TRO- Temporary Restraining Orders, thereagainst all defendants; which would prohibit contact, prox-imity, or retaliation, thereunto Plaintiff...

3. Forthwith, 28 USCS § 2403/FRCiv. P. 5.1/ Inter-vention, by the USA Atty. Gen.; along with assis-stance by and through the O.I.G.(Office of the Inspector General)

4. § 1997(e)'s Exhaustion Requirements be waived; the defendant's(WARDEN Willis) did not respond to (3) separate BP-9's for nearly 6 months; plaintiff timely-attempted to file a "SENSITIVE BP-10", educ. tech. Simpson refused to allow Jones to make copies, thereof, such sensitive filing.  That filing was dep-osited in the US Postal Mailbox, located inside the FSL Compound, however usps.com does not show receipt thereof, this registered mail-certified-return receipt package. More than likely, the institution realized JONES did not /could not make a copy; and therefore in order to delay and obstruct this grievance, the package is ( missing in action/ MIA)

5. In accordance, therewith 28 CFR §§ 115 PREA/Zero tolerance directives : ALL who engaged in or ini-tiated, and covered-up these complaints should be

5. cont.'d   28 CFR § 115 PREA/ Zero Tolerance
TERMINATED, All defendant's have absconded and
obstructed these proceedings, or were the proximate
cause, thereof such PREA/28 USCS §§ 2241 et. seq.
Issues, Complaints, and Grievances

6. ALL Defendants caused, and failed to prevent,
emotional, psychological, and mental trauma;
All defendants, are complicit in negligence,
and failure to report, document, or prevent
same, the Sexually Abusive-Morally Intrusive
orders, set forth as an EXCHANGE/ Quid Pro Quo
by Lt. Uribe, the knowledge and participation,
thereof and therein, respectively ___ All defend-
ant's together are liable in their official cap-
acities, and individually  28 USCS § 1346 FTCA

7. This court should issue injunctive relief;
in accordance therewith; 28 CFR § 115 PREA/
Zero tolerance; furthermore an Immediate Jury
Trial,  Plaintiff requests $$ 1,000,000.00 in
Physical/Sexual/Emotional Abuse Damages; and
punitive damages, shall be decided, thereby
said Jury.

--------------------------------------------------------------

## GROUNDS FOR MOTION

A] More than likely, the administrative remedy coor.
intercepted, Plaintiff's (  SENSITIVE BP-10 ),
perhaps, prompted by educ. tech. Simpson who for-
cibly required JONES to show her what was to be
copied,  then refused to allow him to copy same.

B] The aforementioned, BP-10/Sensitive, was the
next phase of defendants 3-tier/admin. remedy prog.
(3) BP-9's were not responded to for nearly (6)mo.s;
Captain Lee and CO Hernandez, ignored subsequent
attempts to report and document same, finally
defendant/Dr. Nabors Psychology also dismissed,
and disregarded Plaintiffs claims of Sexual Abuse

C] The actions of LT. Uribe are materially indisting-
uishable from the prohibited misconduct, as contained
therein, 18 USCS §§ 2241 et. seq.; moreover such
HOMOSEXUALLY Deviant ORDERS, are a violation of
this prisoner's Rights to be secure in his person,
effects, and property from unreasonable searches;
also to be free and protected from **Cruel and Unusual
Punishment.** **In other words, no contraband was
found, No Incident Report was Filed, the **False ac-
cusations, are belied; and the Morally Repugnant
Orders and Homosexually Voyeuristic spectating is
so unwarranted and Vile, Termination, is too ,
Forgiving, Prosecution under Sex Offender Status
should be automatic, and Extreme Punitive Damages
might send a message to the FBOP-Federal Officers
who regularly engage in such horrific misconduct.**

D] CO Corral and CO Mendoza were aware of such ORDERS,
CO Hernandez viewed the obscene- Self.Body.cavity.
search, also CO Hernandez confirmed that the mor-
ally ivasive and sexually abusive search was docu-
mented, logged, videotaped, etc.

E] DR. Nabors and WARDEN J.L. Willis, maintained
a posture of indifference, thereto  these § 1746
sworn allegations, delays of the responses to the
(3) BP-9's of nearly 6 months was statutorily im-
permissable, but under these horrific circumstances
such indifference is unforgiveable, 28 CFR §§ 115
PREA /ZERO Tolerance, requisite [**REMOVAL/TERMINATION**]
**should be expected**

F] Defendant's should not be permitted to control
and manage(28 CFR § 540.10-12) prisoner's griev-
ances;  BECAUSE, they are usually the proximate
cause, thereof.  Those unresolved grievances become
Federal District Court Proceedings, in which they
inevitably become the defendnats, thereunder.
Obstruction, Delay, or Destruction of Inmate's
Grievances is clearly  18 USCS §§ 1501--1519
violative; and a breach of 1st, 5th, and 14th amd.
protections, as well.  § 1519 " Whoever knowingly
alters, impedes, covers-up, makes false entries...
in **ANY** matter within the Jurisdiction of any Fed-
eral Department or Agency of the United States...
in relation to  **ANY Matter**, or the contemplation,
thereof... shall be punished upto 20 years...

G] 18 USCS §§ 2241 et. seq.  " Whoever... in a Federal
Prison, or Institution... knowingly causes another,
or engages in any SEXUAL Act...  **UPTO LIFE IMPRISONMENT**

-------------------------------------------------------

pg.s 6/6

## CONCLUSION

Indisputably, there are at least four people/Federal Officers, who knowingly permitted, and failed to prevent... the 18 USCS §§ 2241 et.seq. SEXUALLY ABUSIVE ORDERS, to become fulfilled, viewed, and completed. More than likely that confederation, neither documented, nor kept the video of same. The accusations were belied; NO Contraband was ever discovered, nor proven, moreover LT Uribe is neither qualified, nor authorized to induce such morally repugnant, and highly intrusive-**SELF.BODY CAVITY SEARCH**. However, it is confirmed that he is a HOMOSEXUAL, it is rumored that this is one of many deviant scandals and occurrences of SEXUALLY Abusive Misconduct, thereby LT. Uribe, and these officers. The legal mail tampering, obstructions, and delays or destructions must be taken seriously; the sworn complaints of SEXUALL Harrassment are matters for the HIGHEST Law Enforcement Office(r) in the LAND. 28 USCS § 2403/ FED. R. Civ. P.(5.1)

Signed, Sealed, and Witnessed, by me this 29th, day of August, 2016 ;
YEAR of Our, LORD.

x _____
(notary public/Seal)

**JAVIER LUNA**
Notary Public State of Texas
My Commission # 128894259
My Comm. Exp. February 15, 2020

Respectfully Submitted,

x _____
(Jonathan Jones/21477-051)

Jonathan Byjon

28 USCS § 1746 Affidavit, In Support , thereof:

[§ 2241 Habeas Pet., § 1346 FTCA-Suit, and id BIVENS Action]

---

THE FOREGOING SALIENT FACTS, are permitted and req-
uired, in Order to support, evidence, and establish, moreover
prove, these sworn declarations, as made hereunder, by AFFIANT,
also witnessed, and attested, thereunto in the presence of the
undersigned, notary public.& Sealed, thereby.  THEREFORE, as-a-
Matter-of-LAW, such assertions, [SHALL], with like force--
Become in effect established, evidenced, and proven by (same).

I, Jonathan B. Jones("Affiant"), as subscribed by me,
present these true and correct facts, in substantially the same
form, on this 29th, day, of August, 2016   :

> a]  AFFIANT, attented regularly scheduled visitation,
>     on March 14th, 2016; whereupon leaving, and having
>     been searched already, was accosted by LT. Uribe,
>     CO Corral and CO Mendoza. These federal officers
>     made false claims, while attempting to intimidate
>     affiant, that they had witnessed him receive and
>     consume contraband of some sort.
>
> .b]  Affiant was hand-cuffed, and remanded to discipli-
>     nary segregation/"close observation"-dry cell, he
>     was rudely ordered to produce urine and fecal samples
>     [within the first 24 hours (2) stool, and (1) urine
>     were all tested and found to be without a trace of
>     any chemicals, contraband, or foreign substance,
>     whatsoever.

c] On March 15th, 2016, at or about 1p.m., affiant was ap-
proached, while still under "close observation", by Lt.
Uribe, he was asked to produce more samples. Affiant was
dehydrated, could hardly intake any food-due to stress, and
uncertainty of this predicament, finally affiant requested
a laxative(i.e. as per FBOP Policy *5521.06 (c) (8)* ). Lt.
URIBE, responded, in an unacceptably inappropriate manner,
[THAT Inmate Jones could use his finger/hand to obtain sample]

d] Lt. Uribe further offered, a quid pro quo/exchange, etc.

**[IF INMATE JONES WOULD ALLOW CO HERNANDEZ, AND HE TO SUPER-
VISE, WHILE HE REPEATEDLY FINGERED HIS ANUS_TO REMOVE SAMPLES
_ He, LT. Uribe would release Jones, back to regular housing,
from "close observation"/ S.H.U.**

CO 's Corral and Mendoza are aware of such proffer,
Captain Lee was also notified of same, and WARDEN J.L.
Willis has ignored, and failed to properly document,
or report same, in accordance, therewith 28 CFR § 115
    **PREA- ZERO Tolerance Diretives**

e] Some samples were obtained, to the dissatisfaction of Lt.
Uribe, on March 17th, midmorning, or so, a second sample
was provided, also negative. JONES was finally released-
back-to inmate general housing[ **NO Infraction Reported**]

f] Affiant, informed CO hernadez, he was severly traumatized,
that he wished to KILL HIMSELF, the degradation, and sex-
ual abuse was the cause, thereof  March 17th,2016

g] On **March** 18th, 2016, affiant attempted to informally re-
solve(FBOP 1330.18) this situation, with Captain LEE,
[PREA/Institution Compliance Coordinator] Cpt. Lee in-
sulted Inmate Jones, and disregarded affiants claims of
Sexual Abuse, without reporting, nor documenting, same

h] CO Hernandez, confirmed that the morally intrusive, sex-
ually abusive, and criminally violative-Offer, Order, and
self-Body Cavity search, witnessed by him, was logged.

h]  On April 23rd, 2016, LT. russel(S.I.S.) interviewed affiant,

Lt. URIBE, was conveniently within earshot,close proximity.

The videotape from March 15-17, 2016, the transcript of

that interview, and any other documentation which should

have been completed, is being withheld from affiant

i]  Affiant submitted (3) separate BP-9's, outlining the dif-

ferent aspects, and misconduct, or negligence, described

herein.  The WARDEN's responses were delayed over **5** months;

Affiant attempted to submit a "SENSITIVE BP-10", education

tech. Simpson refused, to allow JONES to make copies, the

package, (i.e. BP-10 Sensitive, Affidavit, & exhibits) were

sealed, and deposited in the PRISON Mailbox, with pre-paid

certified-registered-return receipt mail. USPS.com does

show where this package was received, at the EL Paso-Post

Office, the coupon for registered mail was not returned,

the green card/return receipt either

j]  Lt. Caldwell of S.I.S., has been apprised of same,

Affiant has prepared several related filings for submission

to the district court, this affidavit will be entered in

the electronic mail system, as well

**If executed within the UNITED States**, its territories,
possessions, or common-wealths :

I, Jonathan B. Jones(214-77-051), declare, certify, verify,
and State; under penalty of perjury 28 USCS § 1746, that
the foregoing is TRUE and Correct, as submitted this **29** th
day of AUgust, 2016

x _Jonath B._
[AFFIANT]
_Jonat B._

Signed, Sealed, and Sworn in
my presence, on this 2 th day
of August, 2016 Year of Our[LORD]

x _(signature)_
(notary public/Seal)

JAVIER LUNA
Notary Public State of Texas
My Commission # 128894259
My Comm. Exp. February 15, 2020

RECEIVED

SEP - 8 2016

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

pg.s 1/3

JUDGE PHILIP MARTINEZ

IN THE UNITED STATES DISTRICT COURTS

FOR THE W.D. OF TEXAS / EL PASO DIVISION

-----------------------------------------

In Re: JONATHAN JONES,        §
PLAINTIFF,                    §

v.                           §

The UNITED States of America, §
Warden J.L. Willis, Dr. Nabors,
Lt. URIBE, CO Mendoza, CO
Hernadez, and CO Corral,      §
2-unamed Facilities CO's
electric & plumbing details, §
USA Attorney General-
Mdme. LORRETTA LYNCH.         §

**NOTICE:** Action involves FRCiv.P.
(5.1) Constitutional Challenge
to Federal  Statutes 28 USCS § 2403

Related Filings :
28 USCS § 2241 Habeas Corpus Pet.
28 USCS § 1346 FTCA Suit
28 USCS § 2403 &  id BIVENS Action
28 USCS § 1915/Motion for Counsel
& In Forma Pauperis Status

Cause. No.

----------------------- **EP-16CV0406**

Federal Rules of Civil Procedure (4)  SUMMONS

[MOTION TO COMPEL THE RESPONDENTS TO WAIVE SERVICE]

***December 15th, 2015 Fed. R. Civ. P. (4) Amendment***

"DUTY TO AVOID COSTS OF UNNECESSARY SERVICE"

----------------------------------------------

### RELIEF REQUESTED

1.  I, Jonathan B. Jones,("PLAINTIFF/Petitioner"), in these

matters, humbly and respectfully, move this court-

for an " ORDER ", directing the repondents/Defendants

as listed, herabove, to : [**WAIVE THE UNECESSARY COSTS**

**OF FRCiv. P. (4) Service**]

2.  In the alternative, that the district clerk(Mdme. Jeanette

C. Clack), certify these filings, in accordance, therewith

28 USCS § 2403 and FRCiv. P. (4) SUMMONS, to all defendants

specifically, the USA Attorney General, by certified mail.

At the direction of the district court, should waiver,

not inhere, Proper Service, by and through the US Marshals,

along with, the USA Attorney's Office, and that a true

2. cont.'d  and correct copy of each filing is presented,

thereto, the as listed defendants . :

       a] FRCiv. P. 5.1 Constitutional Challenge
       b] 28 USCS § 2241 Habeas Corpus Petition
       c] 28 USCS § 1346 FTCA Suit
    &  d] id BIVENS Action

---

### GROUNDS FOR Fed. R. Civ. P (4) SUMMONS

Plaintiff is a Federal Prisoner, being housed at the defendant's institution, where these egregios violations oc-curred.(ie. FCI/FSL La Tuna 8500 Doniphan Rd. ,El Paso, TX. 79901) This litigant is proceeding, in the form of a pauper, therefore, if the defendant's refuse to waive service, or if this court,does not compel same- PROPER Service is an undue hardship, burden, etc. thereupon this indigent Plaintiff.

It is in the intersts of JUSTICE, that defenant's waive the unnecessary costs of service, or that this court direct them to do so... Should that not avail, the district court could instruct the district clerk's office, by and through the US Marshals, and the USA Attorney's to fulfill same. FRCiv. P. (4)SUMMONS (i.e. **service) 28 USCS § 2403**

---

### CONCLUSION

The December 15th, 2015 Amend./FRCiv. P(4), Judicial Economy, and Fundamental Prudence, dictate that, if FRCiv.P(4) Service is not waived,  the district court, with the assistance of the district clerk, and the authority of the US Marshals, could complete, same. FRCiv. P. (4) **SUMMONS**

## DECLARATION OF MAILING

I hereby, declare under penalty of perjury 28 USCS § 1746, that I(Jonathan Jones/Plaintiff-Petitioner) in the hereunder listed matters, deposited same, into the id HOUSTON v. Lack, 487 US 266-7 (1988) "Prison Mailbox", on this ___th, day of August 2016, therewith sufficient postage affixed, thereto.

x *Jonathan Before*
(declarant)

## CERTIFICATE OF SERVICE

As required by the Fed. R. Civ. P.(4), inter alia, I have prepared for delivery to the [W.D.of Texas-El Paso/district clerk, the USA Atty. Gen, and the as listed defendants], one original, and one copy. The USA Attorney's are ECF users, and could be served through the court's ECF system.

THE USA Attorney General 28 USCS § 2403 receives correspondence at  10th and CONSTITUTION Ave., Washington, D.C. 20530

The Defndants(i.e. WARDEN J.L. WILLIS, Lt. Uribe, CO Mendoza, CO Hernandez, CO Corral, Dr. Nabors, Captain Lee, etc. would receive correspondence at: 8500 Doniphan Rd., El PASO, Texas 79901

The UNITED STATES of America/USA Attorney's are ECF users

The aforementioned, documents were placed in the U.S. Mailbox located inside the FSL La Tuna Compound, on this 31 th, day of August, 2016, with pre-paid certified postage, affixed, thereon

x *Jonathan Before*
(server)

SIGNED, SEALED, AND WITNESSED BY ME

ON THIS 29 th DAY, OF AUGUST, 2016

YEAR OF OUR   [LORD ]

x _____
(notary public/ Seal)

JAVIER LUNA
Notary Public State of Texas
My Commission # 128894259
My Comm. Exp. February 15, 2020

pg.s 1/8.

RECEIVED

SEP - 8 2016

CLERK U.S. DISTRICT CLERK
WESTERN DISTRICT TEXAS

BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT JUDGE PHILIP MARTINEZ

FOR THE W.D. OF TEXAS / EL PASO DIVISION

---------------------------------------------

| | |
|---|---|
| IN Re; JONATHAN BROOKS, PLAINTIFF/PETITIONER, | § **NOTICE:** Action involves [Fed. R.Civ. P. (5.1) |
| | § Constitutional Challenge to several Federal Stat.s |
| v. | § - 28 USCS § 2403 |
| | **Related Filings:** |
| THE UNITED STATES, ATTORNEY GENERAL, FBOP-FCI/FSL La Tuna | § **28 USCS §§ 2241 et.seq. HABEAS** |
| WARDEN J.L. Willis, Lt. Uribe, | **28 USCS §§ 1331, 1346 FTCA Suit** |
| CO Mendoza, CO Corral, & | § id BIVENS, Action |
| CO Hernadez, Captain Lee, Dr. Nabors -Psychology. (et.al.) | § **EP 16 CV 0406** |

---------------------------------------------

MOTION PURSUANT TO : Fed. R. Civ. P. 5.1

28 USCS § 2403 Certification, Intervention, and Investigation

hereby Requested, by and through, the USA Atty. General

[Mdme. LORRETTA LYNCH ]

---------------------------------------------

§ RELIEF REQUESTED

1. Intercession, thereby the HIGHEST Law Enforce-
   ment Office(r), in the land is long-since over-
   due; The administration and staff at the FCI/
   FSL La Tuna-FBOP, are regularly appearing def-
   endant's in the W.D. of TEXAS/El Paso Division
   for similar allegations(i.e. deliberate indif-
   ference to Inmate's Medical Concerns, Obstruc-
   tions and Destructions of Prisoner's Grievances
   or Legal Mail, and Sexual Abuse/Sexual Harras-
   sment Issues involving staff-and-inmates.

2.        28 USCS § 2403

2. The USA Attorney General may issue an immediate
   cease and desist, of this institution's 28 CFR
   §§ 542.10-19 Grievance Procedures, the defend-
   ants impede, obstruct, and regularly destroy
   and lose inmate's grievance filings & legal mail

3. All of the as listed defndant's, have violated,
   inter alia, 28 CFR §§ 115 PREA Zero Tolerance
   directives- **IMMEDIATE TERMINATION IS THEREFORE
   THE PRESCRIBED BY STATUTE RESOLUTION,** CRIMINAL
   PROSECUTION SHOULD ALSO BE INEVITABLE.

4. The USA Attorney General, in accordance there-
   with 28 USCS § 2403/ Fed. R. Civ. p. 5.1, should
   answer, investigate, and repudiate or correct
   Plaintiff's sworn claims of Obstructions and
   destructions of Legal Mail, &/or 28 USCS §
   1746 claims of Criminally Sexual Abuse, Orders,
   Negligence, Voyeurism, and FAILURES to Report
   same.

------------------------------------------------------------

GROUNDS FOR FRCiv. P. 5.1 MOTION

A. If the defendant's actions, orders, negligence,
   witnessing and voyeurism, as sworn to, in the
   attestations and declarations, herein and therein
   Plaintiff's (Aug. 29th,2016/Affidavit) are not
   egregious violations of this prisoner's Fed-
   eral Constitutional Rights, and also in vio-
   lation of several Federal And State Criminal
   Statutes...

A] cont.'d

ALL together, these statutes are of no Force,

and no Effect, Constitutionally Invalid, and

VOID, or in other words, Legal Nullities.

B] These statutes are presented for FRCiv. P. 5.1

Constitutional Challenge :

18 USCS §§ 2241 et. seq. SEXUAL ABUSE
18 USCS §§ 1501 et. seq. OBSTRUCTION of Fed. Proc.

28 CFR §§ 540.10-12  Correspondence

28 CFR §§ 542.10-19  Administrative Remedy Prog.

------------------------------------------------------------

### SUBSTANTIVE FACTS OF THE CASE

i) The as listed defendants, continue a pattern practice

of delays, misinformation, obstructions and destructions

of Inmate's Legal Filings(i.e. § 542.10 Grievances)

ii)  This plaintiff has submitted several complaints to

various staff and administration members, to no avail

(3) BP-9's were not responded to for nearly 6 months,

(1) SENSITIVE- BP_10 was "LOST" or destroyed, but

not delivered, nor acknowledged by the institution

iii)  This plaintiff, immediately reported these atrocious

SEXUALLY Abusive and psychologically traumatic events

to High ranking staff, and the participating CO's--

more than likely the VIDEO, of same, and the requisite

documentation, thereof  IS mysteriously not available

iv)  Plaintiff was remanded to disciplinary segregation/

"dry cell--close observation" based on false charges.

NO evidence, No positive results(i.e. urine, fecal, or

x-ray examinations), furthermore NO Infraction, nor

iv] cont.'d  nor any Incident Report of any sort was ever is-
sued.  LT. Uribe and CO Corral intercepted inmate JONES
after being strip-searched, upon returning from visita-
tion.

v]  THESE Federal Officals attempted to intimidate JONES,
by falsely accusing, that they viewed and videoed JONES
receiving, then consuming contraband- JUSTIFICATION for
"Dry Cell/Close Observaton" --Disciplinary Segregation-
Investigation, etc.

vi]  Approximately, 36 hours under "close observation/dry cell"
watch (2) fecal samples, and (1) urine sample later--
LT Uribe- forcefully suggested-ORDERED JONES to obtain
FECAL Samples, by repeatedly fingering his anus, while
CO Hernandez, and HE_LT. Uribe viewed, to their HOMO-
SEXUALLY Deviant and obvious Pleasure.  CO Corral &
CO Mendoza are aware of this, and also provided false
accusations, in order to justify[disciplinary seg/dry cell]

vii]  THIS Morally Repugnant, SEXUALLY-Criminally ABUSIVE, and
unreasonably intrusive-  SELF.BODY.CAVITY.Search was
completed,  **ONLY BECAUSE, JONES BELIEVED Lt. Uribe
could and would release him from SHU/Disc. Seg/DRY Cell,**
etc.  if the samples were negative.  THIS was the excha-
nge and offer made by LT.Uribe/witnessed by CO hernandez

viii]  The samples were not satisfactory, for LT. Uribe;
although, they tested negative for contraband. [ONLY
the WARDEN can release inmates from SHU] Plaintiff,
reported to CO Hernandez, that he wished to commit
suicide, moral degradation, and inhumane violations
as described, were the proximate cause

ix] Plaintiff, also reported same, to Captain Lee, on main-
line, shortly after being released from SHU/Dry Cell, etc.
Cpt. Lee insulted inmate JONES, and dismissed the claims.

x] Plaintiff filed (3) BP-9's which were not answered for
almost (6) months. JONES also filed, "SENSITIVE/BP-10",
educ. tech SIMPSON refused to allow JONES to make copies.
The one and only copy was sealed, packaged, and deposited
in the U.S. Postal MAILBOX, located inside the FCI Com-
pound, USPS. com has no record of this certified-registered
mailing, the registered mail cuopon was not returned, the
return receipt/green card either- THIS "LOST mailing,
and staff refusal to allow copies of same, points to
obstructions and destructions of this inmates LEGAL Mail

xi] INMATE Thomas Fisher-filed 28 USCS §§ 2241 Petition,
including similar claims of obstructions and impediments

Inmate Joseph Gianni, filed similar claims, also
deliberate medical indifference, legal mail tampering

Inmate Alejandro Garza, filed same type SEXUAL Harrasment
Claims, and Obstruction to Grievance Process

Inmate Gonzalez has file § 1346 FTCA Suit/staff negli-
gence, and destruction or Obstruction of LEGAL MAIL

xii] THE USA Atty. GEN.(Mdme. Lorretta Lynch) is the dept.
Head, of the Dept. of JUSTICE, and thereover the FED.
Bureau of Prisons-- If she won't or can't address and
correct these HORRIFIC Violations of Law and Prisoner's
Rights, then we as a Country and a People, have little
Hope of Continued Constitutional Freedom,  nor could or
should, we expect Protection, therefrom such Abuse of
Federal Governmental Officers, in positions of Authority.

ARGUMENT: POINTS OF Law and Authorities

"There is implied RIGHT of Action, thereagainst, Federal Agents
who violate the Constitution(i.e Civil Rights, 18 USCS §§ 2241
et. seq.) which prescribes both equitable and Economic relief"

   id Correctional Services Corp. v. Malesko, 534 U.S. 61,74(2001)

"Victims of Constitutional Violations by Federal Agents, have a
right to recover damages against officials in Federal Court
despite the absence of any Federal Statute conferring such Right"
   id Sandin v. Conner, 515 U.S. 472, 484 (1995)

" An inmate's Liberty Interests are implicated when discipli-
nary procedures subject HIM to A-Typical Significant Hardship
in relation to the ordinary incidents of Prison Life"
   id SANDIN v. Conner,  515 U.S. @ 484

A**Violation of** the Fed. Constitution's **4th/8th** amendments ○
occurs, when the conditions of confinemnt are severly com-
promised, or a Prisoner is SEXUALLY-Physically threatened,
forced, or induced to perform sexually abusive acts, speci-
fically, if LT. Uribe ordered such 18 USCS §§ 2241 SEXUALLY
ABUSIVE Acts, in exchange for release from SHU/Dry Cell, etc.
for which he DID not Possess the authority, regardless...
Defendant's acted with deliberate mailce, sexual deviance,
and Abused their custodial authority, in other words, a
sufficiently **culpable-state-of-mind**,moreover -in complete
disregard of ALL Criminal and Moral Standards 18 USCS § 2241
   id Farmer v. Brennann 511 U.S. 825, 834 (1994)

The plaintiff's sworn allegations, are sufficient evidence, plausible, and moreover impossible to misunderstand. The defendant's ignored, delayed, obstructed, and more-than-likely destroyed, this plaintiff's grievances... Those grievances, included claims of SEXUALL Malfeasance and Abuse. If the defendant's were not GUILTY, or worried why have these allegations not been properly documented, addressed, or repudiated.   Instead, misinformation; (6) month delays-responses to BP-9's which ignore the substantive claims; and although inadvertent, perhaps- the confederation of staff to deny access to copies, and the mysterious-"lost" never logged, nor received "SENSITIVE BP-10" of May 2016

-- The defendant's should not be allowed to manage and
   control, inmate grievance correspondence, for which,
   they are usually the direct and proximate causes, thereof
   Those grievances when unresolved, become FEDERAL Dist.
   Court proceedings.  18 USCS §§ 1501, 1519  "Whoever,
   knowingly alters, destroys, impedes, obstructs, or in-
   fluences the investigation or proper administration of
   any matter, within the Jurisdiction, of any Department
   or Agency of the UNITED States..."

-- The defendant's are aware that 18 USCS §§ 2241 et. seq.
   prohibits and punishes,  aforementioned § 1746 allegations;
    furthermore, their failures to comply with PREA/Zero
     Tolerance Directives 28 CFR §§ 115, is in addition to,
      the criminal violations, and circumventions of the inmate's
       4th & 8th amendment rights, among othr things...

Ironically, although tragically  18 USCS §§ 2241 et. seq. ;

reads :  " Whoever, within the special maritime, or ter-

ritorial Jurisdiction of the UNITED STATES, or in a

**FEDERAL PRISON, or any Institution** ...

**(1)** Causes another to engage in a sexual act by threatening

**(2)** engages in a Sexual Act...

def. (2.c)  SEXUAL Act means- penetration, however slight
            (i.e. genitals, anus, by mouth, hand, or other)

---------------------------------------------------------------

CONCLUSION

In the last 24 months, the FCI/FSL La Tuna adminstrators,

and staff("DEFENDANTS") have escaped real investigation or ad-

monishment for similar complaints of misconduct (i.e Legal Mail

Tampering, SEXUAL Abuse/Harrassment) This plaintiff was trau-

matized, the defendants have purposefully obstructed the grie-

vance procedures, their culpability is obvious. The USA Atty.

Gen. can longer ignore these repeated claims of Malfeasance.


Signed, Sealed, and Witnessed by me,
this 2͟9͟ th, day of August, 2016
Year of Our, [ LORD  ].

x
(notary public/Seal)

JAVIER LUNA
Notary Public State of Texas
My Commission # 126894259
My Comm. Exp. February 15, 2020

Respectfully Submitted,

x
(J. Jones/21477-051)